# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0171
_____

DEAN E. KNELLER,

　　Appellant,

　　v.

PAUL JOHNSON and Wife, GAIL
JOHNSON,

　　Appellees.

_____

On appeal from the Circuit Court for Washington County.
Timothy Register, Judge.

February 12, 2026

PER CURIAM.

　　AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kerry Adkison and R. Wes Adkison of Kerry Adkison, P.A., Chipley, for Appellant.

Jerry L. Rumph, Jr of Brooks & Rumph, Tallahassee; Christine D. Smallwood Miranda of Smallwood Miranda Law, Inc., Panama City, for Appellees.